IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-35-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **AMENDED ORDER OF** |
| | ) | **DESTRUCTION** |
| KALI ELOI ROBINSON | ) | |
| CHRISTOPHER BERNARD JACKSON | ) | |

It appearing to the Court that during the investigation of the above-captioned case, officers of the Fayetteville Police Department seized a Hi Point, CF380, .380 caliber semi-automatic firearm, serial number P830133, with one magazine, during the investigation and used as evidence.

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned item is no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be taken into custody of and destroyed by the Federal Bureau of Investigation.

SO ORDERED this 5 day of May, 2016.

JAMES C. DEVER, III
Chief, United States District Judge